No. 26-5050

# UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

———————

FRITZ EMMANUEL LESLY MIOT, et al.,

*Plaintiffs-Appellees*,

v.

DONALD J. TRUMP, PRESIDENT OF THE UNITED STATES OF AMERICA, et al.,

*Defendants-Appellants*.

———————

On Appeal from the United States District Court for the District of Columbia,
No. 1:25-cv-02471 (Reyes, J.)

———————

**MOTION ON CONSENT FOR LEAVE TO FILE BRIEF OF AMICI CURIAE THE COMMONWEALTH OF MASSACHUSETTS AND THE STATES OF CALIFORNIA, NEW YORK, CONNECTICUT, DELAWARE, HAWAI'I, ILLINOIS, MAINE, MARYLAND, MICHIGAN, MINNESOTA, NEVADA, NEW JERSEY, OREGON, RHODE ISLAND, VERMONT, AND WASHINGTON, AND THE DISTRICT OF COLUMBIA, IN SUPPORT OF PLAINTIFFS-APPELLEES' OPPOSITION TO EMERGENCY MOTION FOR STAY PENDING APPEAL**

ANDREA JOY CAMPBELL
  *Attorney General*
  *Commonwealth of Massachusetts*
Tasha J. Bahal
  *Deputy State Solicitor*
1 Ashburton Pl.
Boston, MA 02108

ROB BONTA
  *Attorney General*
  *State of California*
Michael L. Newman
  *Senior Assistant Attorney General*

LETITIA JAMES
  *Attorney General*
  *State of New York*
Barbara D. Underwood
  *Solicitor General*
Judith N. Vale
  *Deputy Solicitor General*
Zoe Levine
  *Special Counsel for Immigrant Justice*
Cleland B. Welton II
  *Assistant Solicitor General*
28 Liberty Street
New York, NY 10005
(212) 416-6197

Vilma Palma-Solana
　*Supervising Deputy Attorney General*
Annabelle Wilmott
　*Deputy Attorney General*
1515 Clay Street, 21st Floor
Oakland, CA 94612-1499

1.      Prospective Amici States hereby move the Court for leave to file the attached brief in support of Plaintiffs-Appellees opposition to Defendants-Appellants' Motion for a Stay Pending Appeal.[1] Counsel for Plaintiffs-Appellees and Defendants-Appellants have consented to the filing of this brief.

2.      Prospective Amici States' brief will assist the Court because prospective Amici States have a unique and important perspective given the public interest factors at stake.  Prospective Amici States seek to explain how and why the public interest weighs heavily against Defendants' motion to stay the district court's postponement order.  *See Nken v. Holder*, 556 U.S. 418, 434–35 (2009) (in considering a stay pending appeal, courts assess both the public interest and injury to "other parties interested in the proceeding," which "merge" when the government is the opposing party); *KalshiEX LLC v. Commodity Futures Trading Comm'n*, 119 F.4th 58, 63 (D.C. Cir. 2024) (party seeking the "'extraordinary' remedy" of a stay pending appeal must "show that issuing a stay will not 'substantially injure'" other interested parties and "establish that 'the public interest' favors a stay").

---

[1] The prospective Amici States include: the Commonwealth of Massachusetts, the states of California, New York, Connecticut, Delaware, Hawai'i, Illinois, Maine, Maryland, Michigan, Minnesota, Nevada, New Jersey, Oregon, Rhode Island, Vermont, Washington, and the District of Columbia.

3. Through Defendants' actions,[2] Defendants seek to strip legal protections from hundreds of thousands of Haitians with TPS—nearly one quarter of all TPS holders nationwide. *See* U.S. Dep't of Homeland Sec., *Temporary Protected Status: Calendar Year 2023 Annual Report* 4 (May 15, 2024). Many of the impacted Haitian TPS recipients live and work in the prospective Amici States, and they provide resounding benefits to our communities. Prospective Amici States are proud to invest in TPS holders, including individuals from Haiti, and have a critical interest in ensuring that their legal status is not unlawfully revoked. For example, California historically allocated $10 million annually to provide legal services to TPS holders and continues to dedicate resources to this important community through its funding for the immigrant community as a whole—including

---

[2] Shortly after taking office, the Trump Administration (via Secretary of Homeland Security Kristi Noem) purported to partially vacate Haiti's TPS designation without regard to the perilous conditions in Haiti and without any evidence that those conditions had improved. *See* Partial Vacatur of 2024 Temporary Protected Status Decision for Haiti, 90 Fed. Reg. 10511 (Feb. 24, 2025). On July 1, 2025, a federal court set aside the "partial vacatur" as unlawful under the Administrative Procedure Act. *Haitian Evangelical Clergy Ass'n v. Trump*, No. 25-cv-01464-BMC, 2025 WL 1808743, at *9 (E.D.N.Y. July 1, 2025). That same day, the Administration issued a notice terminating Haiti's TPS status, effective September 2, 2025, relying on the invalidated vacatur to sidestep the statute's prohibition on early termination. *See* Termination of the Designation of Haiti for Temporary Protected Status, 90 Fed. Reg. 28760 (July 1, 2025). On November 28, 2025, Secretary Noem issued a superseding termination notice terminating Haiti's TPS status, effective February 3, 2026. *See* Termination of the Designation of Haiti for Temporary Protected Status*,* 90 Fed. Reg. 54733 (Nov. 28, 2025).

support for legal services, education, and technical assistance to community organizations.[3] Massachusetts arranged for clinics to assist Haitians in Massachusetts's emergency assistance shelters to complete TPS applications.[4] And New York also dedicated substantial resources and support to TPS holders, including by assisting with work authorization applications and connecting these TPS holders to employers.[5]

4. In service of these interests, prospective Amici States previously filed an amicus brief in this case in the district court and in other cases in support of plaintiffs challenging unlawful attempts to terminate or vacate already issued TPS designations.[6] The district court here relied on prospective Amici States' brief in

---

[3] Cal. Legis. Analyst's Off., *The 2024-2025 Budget: Department of Social Services Immigration and Equity Programs* (Mar. 15, 2024); Cal. Dept. Finance, *California Budget 2025-26: Enacted Budget Summary*, Health and Human Services (n.d.).

[4] *See* Mass. Immigrant & Refugee Advoc. Coal., *MIRA Partnering with State to Offer TPS Clinics for Emergency Assistance Shelter Residents* (Sept. 5, 2024).

[5] *See, e.g.,* New York State, Press Release, *Governor Hochul, Mayor Adams Announce $38 Million for Asylum Seeker Legal Services and Case Management* (Oct. 3, 2023); N.Y. State Office of Temporary & Disability Assistance, *Refugee Services (RS)/Programs*; N.Y.C. Office of Asylum Seekers Operations, *About the Office of Asylum Seeker Operations*.

[6] *See, e.g.*, Br. for the Commonwealth of Massachusetts, et al., *Lesly Miot v. Trump*, 1:25-cv-02471 (D. D.C. Sept. 3, 2025), ECF No. 124; Br. for States of Cal. et al., *Nat'l TPS All. v. Noem*, 25-5724 (9th Cir. Nov. 12, 2025), ECF No. 42; Br. for States of N.Y. et al., *Haitian Evangelical Clergy Ass'n v. Trump*, No. 25-cv-01464-BMC (E.D.N.Y. April 28, 2025), ECF No. 43; Br. of the Commonwealth of Mass.

(*continued on the next page*)

support of the public interest considerations, recognizing that it is in the public interest to postpone the November 28 Termination Notice given the severe negative effects on the economy, healthcare, family and community unity, and public health and safety absent a postponement. ECF No. 124, at 79–81.

5.   For the foregoing reasons, prospective Amici States respectfully request this Court's leave to appear as amici curiae and to deem the accompanying proposed amicus curiae brief filed.

---

et al., *Haitian-Ams. United Inc. v. Trump*, No. 1:25-cv-10498 (D. Mass. Mar. 26, 2025), ECF No. 33; Br. for the States of Cal. et al., *Nat'l TPS All. v. Noem*, No. 25-cv-01766 (N.D. Cal. Mar. 7, 2025), ECF No. 62; Br. for States of N.Y. et al., *Ramos v. Wolf*, 59 F.4th 1010 (9th Cir. 2023) (No. 18-16981), ECF No. 168; Br. for the States of Cal. et al., *Ramos v. Wolf*, 975 F.3d 872 (9th Cir. 2020) (No. 18-16981), ECF No. 35; Br. for the States of Cal. et al., *Ramos v. Nielsen,* 336 F. Supp. 3d 1075 (N.D. Cal. 2018) (No. 18-cv-1554), ECF No. 103.

Dated:   February 16, 2026

Respectfully submitted on behalf of prospective Amici States,

LETITIA JAMES
  *Attorney General*
  *State of New York*

By: /s/*Cleland B. Welton II*
Cleland B. Welton II
On Behalf of Prospective Amici States

Barbara D. Underwood
  *Solicitor General*
Judith N. Vale
  *Deputy Solicitor General*
Zoe Levine
  *Special Counsel for Immigrant Justice*
Cleland B. Welton II
  *Assistant Solicitor General*
28 Liberty Street
New York, NY 10005
(212) 416-6197
cleland.welton@ag.ny.gov

ANDREA JOY CAMPBELL
  *Attorney General*
  *Commonwealth of Massachusetts*
Tasha J. Bahal
  *Deputy State Solicitor*
1 Ashburton Pl.
Boston, MA 02108


ROB BONTA
  *Attorney General*
  *State of California*
Michael L. Newman
  *Senior Assistant Attorney General*
Vilma Palma-Solana
  *Supervising Deputy Attorney General*
Annabelle Wilmott
  *Deputy Attorney General*
1515 Clay Street, 21st Floor
Oakland, CA 94612-1499

5

WILLIAM TONG
  *Attorney General*
  *State of Connecticut*
165 Capitol Avenue
Hartford, CT 06106

KATHLEEN JENNINGS
  *Attorney General*
  *State of Delaware*
Delaware Department of Justice
820 N. French Street
Wilmington, DE 19801

BRIAN L. SCHWALB
  *Attorney General*
  *District of Columbia*
400 6th Street, NW, Suite 8100
Washington, DC 20001

ANNE E. LOPEZ
  *Attorney General*
  *State of Hawaiʻi*
425 Queen Street
Honolulu, HI 96813

KWAME RAOUL
  *Attorney General*
  *State of Illinois*
115 South LaSalle Street
Chicago, IL 60601

AARON M. FREY
  *Attorney General*
  *State of Maine*
6 State House Station
Augusta, ME 04333-0006

DANA NESSEL
  *Attorney General*
  *State of Michigan*
P.O. Box 30212
Lansing, MI 48909

KEITH ELLISON
  *Attorney General*
  *State of Minnesota*
102 State Capitol
75 Rev. Dr. Martin Luther King Jr. Boulevard
St. Paul, MN 55155

JENNIFER DAVENPORT
  *Acting Attorney General*
  *State of New Jersey*
Richard J. Hughes Justice Complex
25 Market Street
Trenton, NJ 08625

DAN RAYFIELD
  *Attorney General*
  *State of Oregon*
1162 Court Street NE
Salem, OR 97301

PETER F. NERONHA
  *Attorney General*
  *State of Rhode Island*
150 South Main Street
Providence, RI 02903

CHARITY R. CLARK
  *Attorney General*
  *State of Vermont*
109 State Street
Montpelier, VT 05609

A<small>NTHONY</small> G. B<small>ROWN</small>
  *Attorney General*
  *State of Maryland*
200 Saint Paul Place
Baltimore, MD 21202

A<small>ARON</small> D. F<small>ORD</small>
  *Attorney General*
  *State of Nevada*
100 North Carson Street
Carson City, NV 89701

N<small>ICHOLAS</small> W. B<small>ROWN</small>
  *Attorney General*
  *State of Washington*
P.O. Box 40100
Olympia, WA 98504

## CERTIFICATE OF SERVICE

I certify that on February 16, 2026, this brief was electronically filed with the Clerk of the Court using CM/ECF system. I further certify that all participants in this case are registered CM/ECF users and that service will be accomplished using the CM/ECF system.

By: <u>/s/*Cleland B. Welton II*</u>
Cleland B. Welton II

## CERTIFICATE OF COMPLIANCE

I certify that this motion complies with the typeface requirements of Rule 32(a)(5) and the typestyle requirements of Rule 32(a)(6) because this motion was prepared in 14-point Times New Roman, a proportionally spaced typeface, using Microsoft Word. See Fed. R. App. P. 27(d)(1)(E), 32(g)(1). This motion complies with the type-volume limitation of Rule 27(d)(2) because it contains 983 words.

By: <u>/s/*Cleland B. Welton II*</u>
Cleland B. Welton II
