# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 26-5050**　　　　　　　　　　　　　　　　**September Term, 2025**

　　　　　　　　　　　　　　　　　　　　　　1:25-cv-02471-ACR

　　　　　　　　　　　　　　　　　　　　**Filed On:** February 17, 2026

Fritz Emmanuel Lesly Miot, et al.,

　　　　Appellees

　　v.

Donald J. Trump, President of the United
States of America, et al.,

　　　　Appellants

　　　　**BEFORE:**　　Walker, Pan, and Garcia, Circuit Judges

## O R D E R

　　Upon consideration of the consent motion to participate as amicus curiae filed by the Commonwealth of Massachusetts, et al., and the lodged amicus brief, it is

　　**ORDERED** that the motion be granted. The Clerk is directed to file the lodged brief.

### Per Curiam

　　　　　　　　　　　　　　　　　　　　**FOR THE COURT:**
　　　　　　　　　　　　　　　　　　　　Clifton B. Cislak, Clerk

　　　　　　　　　　　　　　　BY:　　/s/
　　　　　　　　　　　　　　　　　　　　Selena R. Gancasz
　　　　　　　　　　　　　　　　　　　　Deputy Clerk