# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 26-5050**          **September Term, 2025**

1:25-cv-02471-ACR

Filed On: February 18, 2026

Fritz Emmanuel Lesly Miot, et al.,

    Appellees

v.

Donald J. Trump, President of the United
States of America, et al.,

    Appellants

    **BEFORE:**    Walker, Pan, and Garcia, Circuit Judges

## O R D E R

Upon consideration of the consent motion to participate as amicus curiae filed by the American Federation of Labor and Congress of Industrial Organizations, et al., and the lodged amicus brief, it is

**ORDERED** that the motion be granted. The Clerk is directed to file the lodged brief.

**Per Curiam**

        **FOR THE COURT:**
        Clifton B. Cislak, Clerk

    BY:    /s/
        Selena R. Gancasz
        Deputy Clerk