# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** Miot, et al.

v.

Trump, et al.

**Case No:** 26-5050

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ☐ Retained ☐ Pro Bono ☐ Appointed (CJA/FPD) ☑ Gov't counsel

for the ☑ Appellant(s)/Petitioner(s) ☐ Appellee(s)/Respondent(s) ☐ Intervenor(s) ☐ Amicus Curiae below:

### Party Information
(List each represented party individually - Use an additional blank sheet as necessary)

| | |
|---|---|
| Donald J. Trump, President of the United States | United States of America |
| Department of Homeland Security | Kristi Noem, Secretary of Homeland Security |

### Counsel Information

**Lead Counsel:** Sarah Welch

**Direct Phone:** (202) 514-3180  **Fax:** (___) ___-____  **Email:** sarah.e.welch@usdoj.gov

**2nd Counsel:**

**Direct Phone:** (___) ___-____  **Fax:** (___) ___-____  **Email:**

**3rd Counsel:**

**Direct Phone:** (___) ___-____  **Fax:** (___) ___-____  **Email:**

**Firm Name:** U.S. Department of Justice, Civil Division

**Firm Address:** 950 Pennsylvania Ave. NW, Washington, D.C. 20530

**Firm Phone:** (202) 514-2000  **Fax:** (___) ___-____  **Email:**

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.

USCA Form 44
March 2017 (REVISED)