# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

March 12, 2026

Clerk
United States Court of Appeals for the District of
Columbia Circuit
333 Constitution Avenue, NW
Washington, DC  20001

    Re:  Fritz Emmanuel Lesly Miot, et al.
        v. Donald J. Trump, President of the United States, et al.
        No. 25-1077
        (Your No. 26-5050)

Dear Clerk:

    The petition for a writ of certiorari in the above entitled case was filed on March 10, 2026 and placed on the docket March 12, 2026 as No. 25-1077.

    Sincerely,

    **Scott S. Harris**, Clerk

    by

    Emily Walker
    Case Analyst