# Supreme Court of the United States
## Office of the Clerk
## Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

March 16, 2026

Clerk
United States Court of Appeals for the District of
Columbia Circuit
333  Constitution Avenue, NW
Washington, DC  20001


     Re:  Donald J. Trump, President of the United States, et al.
         v. Fritz Emmanuel Lesly Miot, et al.
         No. 25-1084
         (Your No. 26-5050)


Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on March 11, 2026 and placed on the docket March 16, 2026 as No. 25-1084.


Sincerely,

**Scott S. Harris**, Clerk

by

Robert Meek
Assistant Clerk- Emergency Applications

Attorney