(ORDER LIST:  607 U.S.)


**MONDAY, MARCH 16, 2026**


**CERTIORARI GRANTED**

25-1083     NOEM, SEC. DHS, ET AL. V. DOE, DAHLIA, ET AL.
(25A952)

25-1084     TRUMP, PRESIDENT OF U.S., ET AL. V. MIOT, FRITZ, E. L., ET AL.
(25A999)

Consideration of the application for stay (25A952) presented to Justice Sotomayor and by her referred to the Court is deferred.  Consideration of the application for stay (25A999) presented to The Chief Justice and by him referred to the Court is also deferred.  The applications are also treated as petitions for a writ of certiorari before judgment (25-1083, 25-1084), and the petitions are granted.  The cases are consolidated, and a total of one hour is allotted for oral argument.  The cases will be heard during the second week of the April 2026 argument session.  Petitioners' brief on the merits, and any *amicus curiae* briefs in support or in support of neither party, are to be filed on or before Monday March 30, 2026.  Respondents' briefs on the merits and any *amicus curiae* briefs in support, are to be filed on or before Monday, April 13, 2026.  The reply brief, if any, is to be filed on or before Monday, April 20, 2026.