# United States Court of Appeals

District of Columbia Circuit
Washington, D.C.  20001-2866

Clifton B. Cislak                                                                    General Information
Clerk                              March 25, 2026                              (202) 216-7000

Scott S. Harris, Clerk
United States Supreme Court
One First Street, N.E.
Washington, D.C. 20543
**Attn: M. Altner, Assistant Clerk-Judgments**

Re: Supreme Court No. 25-1084, *Donald J. Trump, President of the United States, et al. v. Fritz Emmanuel Lesly Miot, et al.* (Court of Appeals No. 26-5050)

Dear Mr. Harris:

Pursuant to your recent request, a copy of this court's docket concerning the above-captioned matter is attached to this email. This case contains no sealed material. I also have contacted the Clerk for the United States District Court for the District of Columbia concerning transmittal of that court's record. Kindly acknowledge receipt of this letter and the copy of the docket.

Very truly yours,

*Meg Beardsley*

Meg Beardsley
Special Counsel

BY:    Lillian Wright
         Deputy Clerk

cc:     All counsel

E. BARRETT PRETTYMAN UNITED STATES COURTHOUSE ● 333 CONSTITUTION AVENUE N.W.

**General Docket**

**United States Court of Appeals for District of Columbia Circuit**

| | |
|---|---|
| **Court of Appeals Docket #:** 26–5050 | **Docketed:** 02/06/2026 |
| **Nature of Suit:** 2890 Other Statutory Actions | |
| Fritz Emmanuel Lesly Miot, et al v. Donald Trump, et al | |
| **Appeal From:** United States District Court for the District of Columbia | |
| **Fee Status:** Fee Waived | |

**Case Type Information:**
  **1)** Civil US
  **2)** United States
  **3)**

**Originating Court Information:**
  **District:** 0090–1 : 1:25–cv–02471–ACR     **Lead:** 1:25–cv–02471–ACR
  **Court Reporter:** Christine Asif, Court Reporter
  **Court Reporter:** Lisa Edwards, Court Reporter
  **Court Reporter:** William Zaremba, Court Reporter
  **Trial Judge:** Ana C. Reyes, U.S. District Judge
  **Date Filed:** 07/30/2025

| **Date Order/Judgment:** | **Date NOA Filed:** |
|---|---|
| 02/02/2026 | 02/05/2026 |

**Current Cases:**
  None

**Panel Assignment:**    Not available

Fritz Emmanuel Lesly Miot

    Plaintiff − Appellee

Jean−Claude Andre, Attorney
Direct: 310−576−2148
Email: jcandre@bclplaw.com
Fax: 213−576−2200
[COR LD NTC Retained]
Bryan Cave Leighton Paisner LLP
Firm: 310−576−2100
120 Broadway
Suite 300
Santa Monica, CA 90401−2386

Raymond Audain
Email: raudain@gslawny.com
[NTC Trial Counsel]
Giskan, Solotaroff & Anderson, LLP
1 Rockefeller Plaza
8th Floor
New York, NY 10020

Ira J. Kurzban
Email: ira@kktplaw.com
[NTC Trial Counsel]
Kurzban, Kurzban, Tetzeli & Pratt, P.A.
131 Madeira Avenue
Coral Gables, FL 33134

Geoffrey Pipoly
Direct: 312−602−5078
Email: geoff.pipoly@bclplaw.com
[COR NTC Retained]
Bryan Cave Leighton Paisner LLP
161 North Clark Street
Suite 4300
Chicago, IL 60601−3315

Andrew Tauber
Direct: 202−508−6111
Email: andrew.tauber@bclplaw.com
[COR NTC Retained]
Bryan Cave Leighton Paisner LLP
Firm: 202−508−6000
1155 F Street, NW
Suite 700
Washington, DC 20004

Rudolph Civil

    Plaintiff − Appellee

Jean−Claude Andre, Attorney
Direct: 310−576−2148
[COR LD NTC Retained]
(see above)

Raymond Audain
[Trial Counsel]

(see above)

Ira J. Kurzban
[Trial Counsel]
(see above)

Geoffrey Pipoly
Direct: 312–602–5078
[COR NTC Retained]
(see above)

Andrew Tauber
Direct: 202–508–6111
[COR NTC Retained]
(see above)

Marlene Gail Noble

      Plaintiff – Appellee

Jean–Claude Andre, Attorney
Direct: 310–576–2148
[COR LD NTC Retained]
(see above)

Raymond Audain
[Trial Counsel]
(see above)

Ira J. Kurzban
[Trial Counsel]
(see above)

Geoffrey Pipoly
Direct: 312–602–5078
[COR NTC Retained]
(see above)

Andrew Tauber
Direct: 202–508–6111
[COR NTC Retained]
(see above)

Marica Merline Laguerre

      Plaintiff – Appellee

Jean–Claude Andre, Attorney
Direct: 310–576–2148
[COR LD NTC Retained]
(see above)

Raymond Audain
[Trial Counsel]
(see above)

Ira J. Kurzban
[Trial Counsel]
(see above)

Geoffrey Pipoly
Direct: 312–602–5078
[COR NTC Retained]
(see above)

Andrew Tauber
Direct: 202–508–6111
[COR NTC Retained]
(see above)

Vilbrun Dorsainvil

          Plaintiff – Appellee

Jean–Claude Andre, Attorney
Direct: 310–576–2148
[COR LD NTC Retained]
(see above)

Raymond Audain
[Trial Counsel]
(see above)

Ira J. Kurzban
[Trial Counsel]
(see above)

Geoffrey Pipoly
Direct: 312–602–5078
[COR NTC Retained]
(see above)

Andrew Tauber
Direct: 202–508–6111
[COR NTC Retained]
(see above)

      v.

Donald J. Trump, President of the United States of America

          Defendant – Appellant

Dhruman Y. Sampat, Trial Attorney
Email: dhruman.sampat@usdoj.gov
[COR LD NTC Gvt US Attorney]
U.S. Attorney's Office
(USA) Civil Division
Firm: 202–252–2500
601 D Street, NW
Washington, DC 20530

Drew C. Ensign
Email: drew.c.ensign@usdoj.gov
[COR NTC Gvt US DOJ]
U.S. Department of Justice
(DOJ) Civil Division
950 Pennsylvania Avenue, NW
Washington, DC 20530

Brett A. Shumate
Email: brett.a.shumate@usdoj.gov
[COR NTC Gvt US DOJ]
U.S. Department of Justice
(DOJ) Civil Division
950 Pennsylvania Avenue, NW
Washington, DC 20530

Johnny Hillary Walker, III, Assistant U.S. Attorney
Email: johnny.walker@usdoj.gov
[COR NTC Gvt US Attorney]
U.S. Attorney's Office
(USA) Civil Division
Firm: 202–252–2500
601 D Street, NW
Washington, DC 20530

Sarah Welch
Email: sarah.e.welch@usdoj.gov
[COR NTC Gvt US DOJ]
U.S. Department of Justice
(DOJ) Civil Division
950 Pennsylvania Avenue, NW
Washington, DC 20530

United States of America
          Defendant – Appellant

Dhruman Y. Sampat, Trial Attorney
[COR LD NTC Gvt US Attorney]
(see above)

Drew C. Ensign
[COR NTC Gvt US DOJ]
(see above)

Brett A. Shumate
[COR NTC Gvt US DOJ]
(see above)

Johnny Hillary Walker, III, Assistant U.S. Attorney
[COR NTC Gvt US Attorney]
(see above)

Sarah Welch
[COR NTC Gvt US DOJ]
(see above)

United States Department of Homeland Security
          Defendant – Appellant

Dhruman Y. Sampat, Trial Attorney
[COR LD NTC Gvt US Attorney]
(see above)

Drew C. Ensign
[COR NTC Gvt US DOJ]
(see above)

Brett A. Shumate
[COR NTC Gvt US DOJ]
(see above)

Johnny Hillary Walker, III, Assistant U.S. Attorney
[COR NTC Gvt US Attorney]
(see above)

Sarah Welch
[COR NTC Gvt US DOJ]
(see above)

Kristi Noem, Secretary of Homeland Security
**Terminated:** 03/24/2026
      Defendant – Appellant

Dhruman Y. Sampat, Trial Attorney
**Terminated:** 03/24/2026
[COR LD NTC Gvt US Attorney]
(see above)

Drew C. Ensign
**Terminated:** 03/24/2026
[COR NTC Gvt US DOJ]
(see above)

Brett A. Shumate
**Terminated:** 03/24/2026
[COR NTC Gvt US DOJ]
(see above)

Johnny Hillary Walker, III, Assistant U.S. Attorney
**Terminated:** 03/24/2026
[COR NTC Gvt US Attorney]
(see above)

Sarah Welch
**Terminated:** 03/24/2026
[COR NTC Gvt US DOJ]
(see above)

Markwayne Mullin, Secretary of Homeland Security
      Defendant – Appellant

Dhruman Y. Sampat, Trial Attorney
[COR LD NTC Gvt US Attorney]
(see above)

Drew C. Ensign
[COR NTC Gvt US DOJ]
(see above)

Brett A. Shumate
[COR NTC Gvt US DOJ]
(see above)

Johnny Hillary Walker, III, Assistant U.S. Attorney
[COR NTC Gvt US Attorney]

(see above)

Sarah Welch
[COR NTC Gvt US DOJ]
(see above)

_____

Federation for American Immigration Reform
    Amicus Curiae for Appellant

Christopher Hajec
Email: chajec@fairus.org
[COR LD NTC Retained]
Federation for American Immigration Reform
Firm: 202–232–5590
25 Massachuetts Avenue, NW
Suite 330
Washington, DC 20001

Matt A. Crapo
Direct: 571–435–3582
Email: mcrapo@fairus.org
Fax: 202–464–3590
[COR NTC Retained]
Federation for American Immigration Reform
Firm: 202–232–5590
25 Massachuetts Avenue, NW
Suite 330
Washington, DC 20001

Commonwealth of Massachusetts
    Amicus Curiae for Appellee

Andrea Joy Campbell
[NTC Gvt Non–Federal]
Massachusetts Office of the Attorney General
One Ashburton Place
Boston, MA 02108

District of Columbia
    Amicus Curiae for Appellee

Brian L. Schwalb, Esquire
Email: Brian.Schwalb@dc.gov
[COR LD NTC Gvt DC OAG]
Office of the Attorney General for the District of Columbia
Firm: 202–727–3400
400 6th Street, NW
Suite 8100
Washington, DC 20001

State of California
    Amicus Curiae for Appellee

Vilma Ruth Palma–Solana, Attorney
Direct: 213–269–6385
Email: vilma.solana@doj.ca.gov
[COR LD NTC Gvt Non–Federal]
Office of the California Attorney General
Suite 1702
300 S. Spring Street
Los Angeles, CA 90013

| | | |
|---|---|---|
| State of Connecticut | | William Tong |
| | Amicus Curiae for Appellee | [NTC Gvt Non−Federal] |
| | | Office of the Attorney General, State of Connecticut |
| | | 165 Capitol Avenue |
| | | Hartford, CT 06106 |
| State of Delaware | | Kathleen Jennings |
| | Amicus Curiae for Appellee | [COR NTC Gvt Non−Federal] |
| | | Delaware Department of Justice |
| | | Firm: 302−577−8600 |
| | | 820 N. French Street |
| | | Wilmington, DE 19801 |
| State of Hawaii | | Anne E. Lopez |
| | Amicus Curiae for Appellee | Direct: 808−586−1282 |
| | | Email: anne.e.lopez@hawaii.gov |
| | | [COR LD NTC Gvt Non−Federal] |
| | | State of Hawaii Department of the Attorney General |
| | | Firm: 808−586−1282 |
| | | 425 Queen Street |
| | | Honolulu, HI 96813 |
| State of Illinois | | Kwame Raoul |
| | Amicus Curiae for Appellee | [NTC Gvt Non−Federal] |
| | | Office of the Attorney General, State of Illinois |
| | | Firm: 312−814−3000 |
| | | 115 S. LaSalle Street |
| | | Chicago, IL 60603 |
| State of Maine | | Aaron M. Frey |
| | Amicus Curiae for Appellee | [NTC Gvt Non−Federal] |
| | | Office of the Attorney General, State of Maine |
| | | Firm: 207−626−8800 |
| | | 6 State House Station |
| | | Augusta, ME 04333−0006 |
| State of Maryland | | Anthony G. Brown |
| | Amicus Curiae for Appellee | [NTC Gvt Non−Federal] |
| | | Office of the Attorney General |
| | | 200 Saint Paul Place, 20th Floor |
| | | Baltimore, MD 21202 |
| State of Michigan | | Dana Nessel |
| | Amicus Curiae for Appellee | [COR NTC Gvt Non−Federal] |
| | | Michigan Department of Attorney General |
| | | Firm: 517−373−7540 |
| | | P.O. Box 30755 |
| | | Lansing, MI 48909 |
| State of Minnesota | | Keith Ellison |

|  |  |  |
|---|---|---|
|  | Amicus Curiae for Appellee | [COR NTC Gvt Non–Federal]<br>Office of the Attorney General, State of Minnesota<br>Firm: 651–296–3353<br>445 Minnesota Street<br>Suite 600<br>St. Paul, MN 55101–5125 |
| State of Nevada | Amicus Curiae for Appellee | Aaron D. Ford<br>[NTC Gvt Non–Federal]<br>Office of the Attorney General, State of Nevada<br>100 North Carson Street<br>Carson City, NV 89701–4717 |
| State of New Jersey | Amicus Curiae for Appellee | Jennifer Davenport<br>[NTC Gvt Non–Federal]<br>New Jersey Office of the Attorney General<br>Richard J. Hughes Justice Complex<br>25 Market Street<br>Trenton, NJ 08611 |
| State of New York | Amicus Curiae for Appellee | Barbara D. Underwood, Solicitor General<br>Direct: 212–416–8016<br>Email: barbara.underwood@ag.ny.gov<br>Fax: 212–416–6350<br>[LD NTC Gvt Non–Federal]<br>New York State Office of the Attorney General<br>Appeals & Opinions Bureau<br>28 Liberty Street<br>23rd Floor<br>New York, NY 10005–1400<br><br>Judith Vale<br>Direct: 212–416–6274<br>Email: judith.vale@ag.ny.gov<br>[COR NTC Gvt Non–Federal]<br>New York State Office of the Attorney General<br>Appeals & Opinions Bureau<br>28 Liberty Street<br>23rd Floor<br>New York, NY 10005–1400<br><br>Cleland B. Welton, II<br>Direct: 212–416–6197<br>Email: cleland.welton@ag.ny.gov<br>[COR NTC Gvt Non–Federal]<br>New York State Office of the Attorney General<br>Appeals & Opinions Bureau<br>28 Liberty Street<br>23rd Floor<br>New York, NY 10005–1400 |

| State of Oregon | Dan Rayfield |
| Amicus Curiae for Appellee | [NTC Gvt Non−Federal] |
| | Office of the Attorney General, State of Oregon |
| | Office of General Counsel |
| | 1162 Court Street, NE |
| | 100 Justice Building |
| | Salem, OR 97301 |

State of Rhode Island
    Amicus Curiae for Appellee

Peter F. Neronha
[NTC Gvt Non−Federal]
Office of the Attorney General, State of Rhode Island
Firm: 401−274−4400
150 South Main Street
Providence, RI 02903

State of Vermont
    Amicus Curiae for Appellee

Charity R. Clark
[NTC Gvt Non−Federal]
Office of the Attorney General, State of Vermont
Firm: 802−828−3171
109 State Street
Montpelier, VT 05609−1001

State of Washington
    Amicus Curiae for Appellee

Nicholas W. Brown
[NTC Gvt Non−Federal]
Office of the Attorney General, State of Washington
PO Box 40100
Olympia, WA 98504

American Federation of Labor−Congress of Industrial
Organizations
    Amicus Curiae for Appellee

Matthew James Ginsburg
Email: mginsburg@aflcio.org
[COR LD NTC Retained]
AFL−CIO
Office of General Counsel
Firm: 202−637−5000
815 16th Street, NW
6th Floor
Washington, DC 20006

Andrew Lyubarsky
Direct: 202−227−8969
Email: alyubarsky@aflcio.org
[COR NTC Retained]
AFL−CIO
Office of General Counsel
Firm: 202−637−5000
815 16th Street, NW
6th Floor
Washington, DC 20006

American Federation of State, County and Municipal
Employees, AFL−CIO

Matthew James Ginsburg
[COR LD NTC Retained]

| | |
|---|---|
| Amicus Curiae for Appellee | (see above) |
| | Andrew Lyubarsky<br>Direct: 202−227−8969<br>[COR NTC Retained]<br>(see above) |
| American Federation of Teachers<br>　　　Amicus Curiae for Appellee | Matthew James Ginsburg<br>[COR LD NTC Retained]<br>(see above) |
| | Andrew Lyubarsky<br>Direct: 202−227−8969<br>[COR NTC Retained]<br>(see above) |
| International Association of Machinists and Aerospace Workers<br>　　　Amicus Curiae for Appellee | Matthew James Ginsburg<br>[COR LD NTC Retained]<br>(see above) |
| | Andrew Lyubarsky<br>Direct: 202−227−8969<br>[COR NTC Retained]<br>(see above) |
| International Union of Bricklayers and Allied Craftworkers<br>　　　Amicus Curiae for Appellee | Matthew James Ginsburg<br>[COR LD NTC Retained]<br>(see above) |
| | Andrew Lyubarsky<br>Direct: 202−227−8969<br>[COR NTC Retained]<br>(see above) |
| International Union of Electrical Workers Communications Workers of America<br>　　　Amicus Curiae for Appellee | Matthew James Ginsburg<br>[COR LD NTC Retained]<br>(see above) |
| | Andrew Lyubarsky<br>Direct: 202−227−8969<br>[COR NTC Retained]<br>(see above) |
| Laborers International Union of North America<br>　　　Amicus Curiae for Appellee | Matthew James Ginsburg<br>[COR LD NTC Retained]<br>(see above) |
| | Andrew Lyubarsky<br>Direct: 202−227−8969<br>[COR NTC Retained]<br>(see above) |

National Nurses United
      Amicus Curiae for Appellee

Matthew James Ginsburg
[COR LD NTC Retained]
(see above)

Andrew Lyubarsky
Direct: 202–227–8969
[COR NTC Retained]
(see above)

Service Employees International Union
      Amicus Curiae for Appellee

Matthew James Ginsburg
[COR LD NTC Retained]
(see above)

Andrew Lyubarsky
Direct: 202–227–8969
[COR NTC Retained]
(see above)

UNITE HERE International Union
      Amicus Curiae for Appellee

Matthew James Ginsburg
[COR LD NTC Retained]
(see above)

Andrew Lyubarsky
Direct: 202–227–8969
[COR NTC Retained]
(see above)

United Food and Commercial Workers International Union
      Amicus Curiae for Appellee

Matthew James Ginsburg
[COR LD NTC Retained]
(see above)

Andrew Lyubarsky
Direct: 202–227–8969
[COR NTC Retained]
(see above)

Fritz Emmanuel Lesly Miot; Rudolph Civil; Marlene Gail Noble; Marica Merline Laguerre; Vilbrun Dorsainvil,

Plaintiffs – Appellees

v.

Donald J. Trump, President of the United States of America; United States of America; United States Department of Homeland Security; Markwayne Mullin, Secretary of Homeland Security,

Defendants – Appellants

————————————————

Federation for American Immigration Reform,

Amicus Curiae for Appellant

Commonwealth of Massachusetts; District of Columbia; State of California; State of Connecticut; State of Delaware; State of Hawaii; State of Illinois; State of Maine; State of Maryland; State of Michigan; State of Minnesota; State of Nevada; State of New Jersey; State of New York; State of Oregon; State of Rhode Island; State of Vermont; State of Washington; American Federation of Labor–Congress of Industrial Organizations; American Federation of State, County and Municipal Employees, AFL–CIO; American Federation of Teachers; International Association of Machinists and Aerospace Workers; International Union of Bricklayers and Allied Craftworkers; International Union of Electrical Workers Communications Workers of America; Laborers International Union of North America; National Nurses United; Service Employees International Union; UNITE HERE International Union; United Food and Commercial Workers International Union,

Amici Curiae for Appellee

| | | |
|---|---|---|
| 02/06/2026 | | US CIVIL CASE docketed. [26–5050] [Entered: 02/06/2026 10:15 AM] |
| 02/06/2026 | ▦ | NOTICE OF APPEAL [2157945] seeking review of a decision by the U.S. District Court in 1:25–cv–02471–ACR filed by Kristi Noem, Donald J. Trump, DHS and USA. Appeal assigned USCA Case Number: 26–5050. [26–5050] [Entered: 02/06/2026 10:16 AM] |
| 02/06/2026 | ▦ | CLERK'S ORDER [2157946] filed directing party to file initial submissions: APPELLANT docketing statement due 03/09/2026. APPELLANT certificate as to parties due 03/09/2026. APPELLANT statement of issues due 03/09/2026. APPELLANT underlying decision due 03/09/2026. APPELLANT deferred appendix statement due 03/09/2026. APPELLANT entry of appearance due 03/09/2026. APPELLANT transcript status report due 03/09/2026. APPELLANT procedural motions due 03/09/2026. APPELLANT dispositive motions due 03/23/2026; directing party to file initial submissions: APPELLEE certificate as to parties due 03/09/2026. APPELLEE entry of appearance due 03/09/2026. APPELLEE procedural motions due 03/09/2026. APPELLEE dispositive motions due 03/23/2026 [26–5050] [Entered: 02/06/2026 10:16 AM] |
| 02/06/2026 | ▦ | ENTRY OF APPEARANCE [2158044] filed by Dhruman Y. Sampat and co–counsel Johnny H. Walker, III on behalf of Appellants DHS, Kristi Noem, Donald J. Trump and USA. [26–5050] (Sampat, Dhruman) [Entered: 02/06/2026 06:03 PM] |
| 02/06/2026 | ▦ | MOTION [2158045] to stay underlying order pending appeal filed by DHS, Kristi Noem, Donald J. Trump and USA (Service Date: 02/06/2026 by CM/ECF NDA) Length Certification: 5197 words. [26–5050] (Sampat, Dhruman) [Entered: 02/06/2026 06:07 PM] |
| 02/06/2026 | ▦ | ENTRY OF APPEARANCE [2158050] filed by Jean–Claude Andre and co–counsel Andrew E. Tauber, Geoffrey M. Pipoly on behalf of Appellees Rudolph Civil, Vilbrun Dorsainvil, Marica Merline Laguerre, Fritz Emmanuel Lesly Miot and Marlene Gail Noble. [26–5050] (Andre, Jean–Claude) [Entered: 02/06/2026 08:29 PM] |
| 02/07/2026 | ▦ | PER CURIAM ORDER [2158067] filed considering motion for stay pending appeal [2158045–2]; directing response to motion for stay pending appeal [2158045–2] Appellees Response due on 02/16/2026 at 10:00 am. – – Any reply to response due 02/19/2026 at 10:00 am. Before Judges: Walker, Pan and Garcia. [26–5050] [Entered: 02/07/2026 03:42 PM] |
| 02/11/2026 | ▦ | *CONSENT* MOTION [2158663] to participate as amicus curiae [Disclosure Listing: Attached] filed by Federation for American Immigration Reform [Service Date: 02/11/2026 ] [26–5050]––[Edited 02/12/2026 by LMM] (Hajec, Christopher) [Entered: 02/11/2026 03:44 PM] |
| 02/12/2026 | ▦ | AMICUS FOR APPELLANT BRIEF [2158804] lodged by Federation for American Immigration Reform [Service Date: 02/12/2026 ] Length of Brief: 1,824 words. [26–5050]––[MODIFIED EVENT FROM FILED TO LODGED––Edited 02/12/2026 by LMM] (Hajec, Christopher) [Entered: 02/12/2026 10:19 AM] |
| 02/12/2026 | ▦ | PER CURIAM ORDER [2158849] filed ORDERED that the motion to participate as amicus curiae [2158663–2] be granted. The Clerk is directed to file the lodged brief [2158804–2]. Before Judges: Walker, Pan and Garcia. [26–5050] [Entered: 02/12/2026 01:32 PM] |
| 02/12/2026 | | PER ABOVE ORDER lodged brief [2158804–2] is filed. [26–5050] [Entered: 02/12/2026 01:33 PM] |
| 02/16/2026 | ▦ | *CONSENT* MOTION [2159204] to participate as amicus curiae [Disclosure Listing: Not Applicable to this Party] filed by The Commonwealth of Massachusetts, the states of California, New York, Connecticut, Delaware, Hawai'i, Illinois, Maine, Maryland, Michigan, Minnesota, Nevada, New Jersey, Oregon, Rhode Island, Vermont, and Washington, and the District of Columbia [Service Date: 02/16/2026 ] [26–5050]––[Edited 02/16/2026 by AY] (Welton, Cleland) [Entered: 02/16/2026 09:41 AM] |

02/16/2026    RESPONSE IN OPPOSITION [2159205] to motion [2158045−2] filed by Fritz Emmanuel Lesly Miot, Rudolph Civil, Vilbrun Dorsainvil, Marica Merline Laguerre and Marlene Gail Noble [Service Date: 02/16/2026 by CM/ECF NDA] Length Certification: 5199. [26−5050] (Andre, Jean−Claude) [Entered: 02/16/2026 09:43 AM]

02/16/2026    AMICUS FOR APPELLEE BRIEF [2159206] lodged by Commonwealth of Massachusetts, DC, State of California, State of Connecticut, State of Delaware, State of Hawaii, State of Illinois, State of Maine, State of Maryland, State of Michigan, State of Minnesota, State of Nevada, State of New Jersey, State of New York, State of Oregon, State of Rhode Island, State of Vermont and State of Washington [Service Date: 02/16/2026 ] Length of Brief: 2600 words. [26−5050] [Entered: 02/16/2026 10:37 AM]

02/17/2026    PER CURIAM ORDER [2159330] filed ORDERED that the motion to participate as amicus curiae [2159204−2] be granted. The Clerk is directed to file the lodged brief [2159206−2]. Before Judges: Walker, Pan and Garcia. [26−5050] [Entered: 02/17/2026 12:23 PM]

02/17/2026    *CONSENT* MOTION [2159419] to participate as amicus curiae [Disclosure Listing: Attached] filed by American Federation of Labor & Congress of industrial Organizations (AFL−CIO) and ten affiliated labor organizations (SEIU, AFT, AFSCME, UFCW, IAM, LIUNA, UNITE HERE, NNU, BAC, IUE−CWA) [Service Date: 02/17/2026 ] [26−5050]]−−[Edited 02/18/2026 by LMM] (Ginsburg, Matthew) [Entered: 02/17/2026 03:13 PM]

02/17/2026    AMICUS FOR APPELLEE BRIEF [2159421] lodged by American Federation of Labor & Congress of industrial Organizations (AFL−CIO) and ten affiliated labor organizations (SEIU, AFT, AFSCME, UFCW, IAM, LIUNA, UNITE HERE, NNU, BAC, IUE−CWA) [Service Date: 02/17/2026 ] Length of Brief: 6,764 words. [26−5050]−−[MODIFIED EVENT FROM FILED TO LODGED−−Edited 02/18/2026 by LMM] (Ginsburg, Matthew) [Entered: 02/17/2026 03:17 PM]

02/18/2026    PER CURIAM ORDER [2159594] filed ORDERED that the motion to participate as amicus curiae [2159419−2] be granted. The Clerk is directed to file the lodged brief [2159421−2]. Before Judges: Walker, Pan and Garcia. [26−5050] [Entered: 02/18/2026 11:47 AM]

02/18/2026    LETTER [2159610] pursuant to FRAP 28j advising of additional authorities filed by Rudolph Civil, Vilbrun Dorsainvil, Marica Merline Laguerre, Fritz Emmanuel Lesly Miot and Marlene Gail Noble [Service Date: 02/18/2026 ] [26−5050] (Andre, Jean−Claude) [Entered: 02/18/2026 12:12 PM]

02/18/2026    PER ABOVE ORDER lodged Amicus brief [2159421−2] is filed [26−5050] [Entered: 02/18/2026 02:16 PM]

02/18/2026    ENTRY OF APPEARANCE [2159722] filed by Sarah Welch on behalf of Appellants DHS, Kristi Noem, Donald J. Trump and USA. [26−5050] (Welch, Sarah) [Entered: 02/18/2026 04:41 PM]

02/19/2026    REPLY [2159813] filed by DHS, Kristi Noem, Donald J. Trump and USA to response [2159205−2] [Service Date: 02/19/2026 by CM/ECF NDA] Length Certification: 2,508 words. [26−5050] (Welch, Sarah) [Entered: 02/19/2026 09:27 AM]

02/23/2026    LETTER [2160480] pursuant to FRAP 28j advising of additional authorities filed by DHS, Kristi Noem, Donald J. Trump and USA [Service Date: 02/23/2026 ] [26−5050] (Sampat, Dhruman) [Entered: 02/23/2026 01:40 PM]

03/06/2026    PER CURIAM ORDER [2162598] filed denying the emergency motion for a stay pending appeal [2158045−2] (SEE ORDER FOR DETAILS). Before Judges: Walker*, Pan and Garcia. (* Judge Walker would grant the motion for a stay pending appeal for the reasons stated in the attached dissenting statement.) [26−5050] [Entered: 03/06/2026 10:12 PM]

03/12/2026    LETTER [2163613] received from the Clerk of the Supreme Court of the United States notifying this court of the following activity in the case before it: A petition for writ of certiorari before judgment was filed and placed on the docket on 03/12/2026 as No. 25−1077. [26−5050] [Entered: 03/13/2026 05:56 PM]

USCA Case #26-5050    Document #2165655    Filed: 03/25/2026    Page 17 of 17

| 03/16/2026 | LETTER [2164140] received from the Clerk of the Supreme Court of the United States notifying this court of the following activity in the case before it: A petition for writ of certiorari before judgment was filed and placed on the docket on 03/16/2026 as No. 25−1084. [26−5050] [Entered: 03/17/2026 05:42 PM] |
|---|---|
| 03/16/2026 | LETTER [2164141] received from the Clerk of the Supreme Court of the United States notifying this court of the following activity in case No. 25−1084: The petition for writ of certiorari before judgment was granted on 03/16/2026. [26−5050] [Entered: 03/17/2026 05:45 PM] |
| 03/24/2026 | LETTER [2165357] received from the Clerk of the Supreme Court of the United States requesting transmittal of the record on appeal. [26−5050] [Entered: 03/24/2026 03:17 PM] |