# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 26-5050**                                    **September Term, 2025**

**1:25-cv-02471-ACR**

**Filed On: March 31, 2026**

Fritz Emmanuel Lesly Miot, et al.,

        Appellees

    v.

Donald J. Trump, President of the United
States of America, et al.,

        Appellants

### O R D E R

Upon consideration of the Supreme Court's order filed March 16, 2026, which deferred consideration of appellants' application for a stay in Trump v. Miot, No. 25A999, also treated the application as a petition for a writ of certiorari before judgment, and granted the petition, it is

**ORDERED**, on the court's own motion, that this case be held in abeyance pending further order of the court.  The parties are directed to file motions to govern future proceedings in this case within 30 days of the Supreme Court's disposition of Trump v. Miot, No. 25-1084 (consolidated with Mullin v. Doe, No. 25-1083) (cert. granted March 16, 2026).

              **FOR THE COURT:**
              Clifton B. Cislak, Clerk

    BY:   /s/
            Laura M. Morgan
            Deputy Clerk