# United States Court of Appeals
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**
_____

**No. 26-5050**                               **September Term, 2025**

                                              **1:25-cv-02471-ACR**

                               **Filed On: June 29, 2026** [2181065]

Fritz Emmanuel Lesly Miot, et al.,

      Appellees

     v.

Donald J. Trump, President of the United
States of America, et al.,

      Appellants

## O R D E R

Upon consideration of the court's order filed March 31, 2026, and the Supreme Court's decision in Trump v. Miot (consolidated with Mullin v. Doe), 609 U. S. ___ (2026), it is

**ORDERED**, on the court's own motion, that this case be returned to the court's active docket. It is

**FURTHER ORDERED** that the parties file motions to govern future proceedings by July 29, 2026.

FOR THE COURT:
Clifton B. Cislak, Clerk

BY:   /s/
      Scott H. Atchue
      Deputy Clerk