# United States Court of Appeals
## For The District of Columbia Circuit
_____

**No. 26-5050**

**September Term, 2025**

**1:25-cv-02471-ACR**

**Filed On:** July 2, 2026

Fritz Emmanuel Lesly Miot, et al.,

      Appellees

    v.

Donald J. Trump, President of the United
States of America, et al.,

      Appellants


**BEFORE:**   Walker, Pan, and Garcia, Circuit Judges


## O R D E R

Upon consideration of the renewed motion for stay, which includes a request for an administrative stay, it is

**ORDERED**, on the court's own motion, that appellees file a response to the motion by Monday, July 13, 2026.  Any reply is due by Monday, July 20, 2026.

### Per Curiam


      **FOR THE COURT:**
      Clifton B. Cislak, Clerk

   BY:   /s/
      Selena R. Gancasz
      Deputy Clerk