**BCLP.**
Bryan Cave Leighton Paisner

July 16, 2026

BRYAN CAVE LEIGHTON PAISNER LLP
1155 F Street NW
Washington DC 20004 1357
T: +1 202 508 6000
F: +1 202 508 6200
bclplaw.com

Andrew Tauber
Counsel
Direct: +1 202 508 6111
andrew.tauber@bclplaw.com

Clifton Cislak
Clerk
U.S. Court of Appeals for the D.C. Circuit
E. Barrett Prettyman U.S. Courthouse
333 Constitution Ave., NW
Washington, DC 20001

**Re:** *Miot v. Trump*, **No. 26-5050 - Supplemental Authority**

Dear Mr. Cislak:

We represent the Plaintiffs-Appellees in *Miot v. Trump*, No. 26-5050. Currently pending before the Court is the government's motion to stay the district court order postponing the termination of Haiti's designation for Temporary Protected Status. On Monday, we filed our opposition to that motion.

In our opposition, we argue in part that the government's motion should be denied because—as evidenced by the government's failure to seek an expedited mandate in *Mullin v. Doe* and by the Supreme Court's denial of the government's stay application—the government will not suffer irreparable injury in the absence of a stay.

Yesterday, the United States District Court for the Southern District of New York issued an order reaching that very conclusion. There, Yemeni TPS holders sued to stop the termination of Yemen's TPS designation. And there, as here, the district court issued an order postponing the termination. Citing *Doe*, the government moved to stay the postponement order. The court deferred action on the government's request pending issuance of the mandate in *Doe*. Noting both that "[t]he government has not moved under Supreme Court Rule 45 to expedite issuance of the mandate" and that "the Supreme Court has denied the Government's motion for a stay," the court found "no obvious injury that would flow from deferring action on the Government's motion for approximately two more weeks, particularly in light of the fact that TPS for Yemen has been in effect for more than a decade." Order (ECF 84) at 2, *Doe v. Noem*, No. 26-cv-2280 (S.D.N.Y. July 14, 2026) (attached as Ex. 1).

The same is true here with respect to Haiti.

We ask that you distribute the attached order to the members of the panel.

Sincerely,

*[signature]*

**Andrew Tauber**
Counsel

USA.619500844.1/VG9