

U. S. Department of Justice

Jeanine Ferris Pirro
United States Attorney

*District of Columbia*

---

*Patrick Henry Building*
*601 D Street, NW*
*Washington, DC 20530*

July 20, 2026

**<u>VIA ECF</u>**
Mr. Clifton Cislak
Clerk of the Court
United States Court of Appeals for the District of Columbia Circuit
E. Barrett Prettyman United States Courthouse
333 Constitution Ave., N.W.
Washington, D.C. 20001

**RE:**  *Miot v. Trump*, No. 26-5050
(no oral argument scheduled)

<u>Appellants' Combined Notice of Supplemental Authority and</u>
<u>Response to Plaintiffs-Appellees' Notice of Supplemental Authority</u>

Dear Mr. Cislak,

Pursuant to Federal Rule of Appellate Procedure 28(j), we write to advise the Court of the attached opinion in *Doe v. Noem*, Civ. A. Nos. 26-2103, 26-2280 (S.D.N.Y.), a challenge to the termination of Yemen's TPS designation. Last week, Plaintiffs-Appellees wrote to the Court regarding an order entered in that case. *See* Supp. Auth (July 16, 2026). The order deferred action of the government's motion for relief from the district court's earlier order postponing the termination until the Supreme Court's mandate issues.

This morning, the Southern District of New York reconsidered last week's order and vacated it. The court's new order grants both forms of relief the government requested: a stay of the order postponing the termination of Yemen's TPS designation, and an indicative ruling that the court would

dissolve the postponement order if permitted to do so by the Second Circuit. *See generally* Order, attached hereto. In so doing, the court acknowledged that the Supreme Court's decision is immediately precedential, including before the "mandate" has issued, and gave the Supreme Court's decision immediate effect. *See id.*

"The same is true here with respect to Haiti." Supp. Auth. at 1. The Supreme Court's decision is immediately precedential, and the Court can and should enter a stay of the district court's postponement decision immediately.

We ask that you distribute the attached order to the members of the panel.

Sincerely,

BRETT A. SHUMATE
*Assistant Attorney General*

JEANINE FERRIS PIRRO
*United States Attorney*

DREW C. ENSIGN
*Deputy   Assistant   Attorney General*

JOHNNY H. WALKER, III
*Assistant United States Attorney*

*s/ Dhruman Y. Sampat*

SARAH WELCH
*Senior Counsel to the Assistant Attorney General*
*Civil Division*

DHRUMAN Y. SAMPAT
*Assistant United States Attorney*
*601 D Street NW*
*Washington, D.C. 20530*
*(202) 252-2525*