# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 26-5050**　　　　　　　　　　　　　　　　**September Term, 2025**

　　　　　　　　　　　　　　　　　　　　　　　　　　1:25-cv-02471-ACR

　　　　　　　　　　　　　　　　　　**Filed On:** February 7, 2026

Fritz Emmanuel Lesly Miot, et al.,

　　　Appellees

　v.

Donald J. Trump, President of the United
States of America, et al.,

　　　Appellants

　　　**BEFORE:**　Walker, Pan, and Garcia, Circuit Judges

## O R D E R

Upon consideration of the emergency motion for a stay pending appeal, it is

**ORDERED** that appellees file a response to the motion by 10:00 a.m. on Monday, February 16, 2026. Any reply is due by 10:00 a.m. on Thursday, February 19, 2026.

### Per Curiam

　　　　　　　　　　　　　　　　　　**FOR THE COURT:**
　　　　　　　　　　　　　　　　　　Clifton B. Cislak, Clerk

　　　　　　　　　　　　　　BY:　/s/
　　　　　　　　　　　　　　　　　Lynda M. Flippin
　　　　　　　　　　　　　　　　　Deputy Clerk