No. 26-5050

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLOMBIA CIRCUIT

**FRITZ EMMANUEL LESLY MIOT,** *et al.*,
Appellees,

**v.**

**DONALD J. TRUMP,** *et al.*,
Appellants.

**ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA, No. 1:25-cv-2471 (Reyes, J.)**

**MOTION OF FEDERATION FOR AMERICAN IMMIGRATION
REFORM FOR LEAVE TO FILE BRIEF AS *AMICUS CURIAE* IN
SUPPORT OF APPELLANTS**

CHRISTOPHER J. HAJEC
MATT A. CRAPO
Federation for American Immigration Reform
25 Massachusetts Ave., NW, Suite 330
Washington, DC 20001
Telephone: (202) 387-3447
chajec@fairus.org
mcrapo@fairus.org

Attorneys for *Amicus Curiae*
Federation for American Immigration Reform

# CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 26.1 of the Federal Rules of Appellate Procedure, *amicus curiae* Federation for American Immigration Reform makes the following disclosures:

1) For non-governmental corporate parties please list all parent corporations: None.

2) For non-governmental corporate parties please list all publicly held companies that hold 10% or more of the party's stock: None.

3) The following entity has an interest in the outcome of this case: Federation for American Immigration Reform.

/s/ Christopher J. Hajec

Movant Federation for American Immigration Reform (FAIR) respectfully seeks this Court's leave to file the accompanying *amicus curiae* brief in support of Appellants in their emergency motion for a stay pending appeal. Counsel for *amicus* FAIR has conferred with counsel for all parties, and all parties have consented to this request for leave. In furtherance of this motion, amicus FAIR states as follows:

1.      FAIR is a nonprofit corporation and membership organization that was founded in 1979 and has its principal place of business in Washington, D.C. FAIR's mission is to advocate for immigration policy that is in America's best interest. FAIR has been involved in more than 100 legal cases since 1980, either as a party or amicus curiae, with the aim of advancing this mission.

2.      The proffered *amicus* brief argues that Secretary Noem's decision to terminate TPS for Haiti is non-reviewable as an exercise of inherent presidential authority, in addition to being precluded from judicial review under the TPS statute.

3.      Because these issues are relevant to the Court's decision on the emergency motion for stay pending appeal, FAIR's brief may aid the Court.

//

//

//

For the foregoing reasons, FAIR respectfully requests that the Court grant its motion for leave to file the accompanying brief as *amicus curiae.*

DATED: February 11, 2026     Respectfully submitted,


/s/ Christopher J Hajec
Christopher J. Hajec
Matt A. Crapo
Federation for American Immigration Reform
25 Massachusetts Ave., NW, Suite 330
Washington, DC 20001
Telephone: (202) 387-3447

Attorneys for *Amicus Curiae*
Federation for American Immigration Reform

## CERTIFICATE OF COMPLIANCE

The foregoing motion complies with Fed. R. App. P. 27(d)(2)(A) because it contains 213 words, as measured by Microsoft Word software. The motion also complies with the typeface and style requirements of Fed. R. App. P. 32(a)(5) & 32(a)(6) because it has been prepared in a proportionally spaced, Roman-style typeface of 14 points or more.

/s/ Christopher J. Hajec

## CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of February 2026, I electronically filed the foregoing motion—together with its accompanying amicus brief—with the Clerk of the Court using the CM/ECF system, which I understand to have caused service of the parties' counsel.

/s/ Christopher J. Hajec