# United States Court of Appeals
### For The District of Columbia Circuit

---

**No. 26-5050**                       **September Term, 2025**

1:25-cv-02471-ACR

Filed On: February 12, 2026

Fritz Emmanuel Lesly Miot, et al.,

      Appellees

   v.

Donald J. Trump, President of the United
States of America, et al.,

      Appellants

**BEFORE:** Walker, Pan, and Garcia, Circuit Judges

## O R D E R

Upon consideration of the consent motion to participate as amicus curiae filed by the Federation for American Immigration Reform and the lodged amicus brief, it is

**ORDERED** that the motion be granted. The Clerk is directed to file the lodged brief.

### Per Curiam

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY: /s/
Selena R. Gancasz
Deputy Clerk