**No. 26-5050**  **September Term, 2025**

1:25-cv-02471-ACR

Filed On: February 17, 2026

Fritz Emmanuel Lesly Miot, et al.,

    Appellees

v.

Donald J. Trump, President of the United
States of America, et al.,

    Appellants

**BEFORE:** Walker, Pan, and Garcia, Circuit Judges

# O R D E R

Upon consideration of the consent motion to participate as amicus curiae filed by the Commonwealth of Massachusetts, et al., and the lodged amicus brief, it is

**ORDERED** that the motion be granted. The Clerk is directed to file the lodged brief.

**Per Curiam**

                **FOR THE COURT:**
                Clifton B. Cislak, Clerk

BY:  /s/
        Selena R. Gancasz
        Deputy Clerk