# UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

————————————

FRITZ EMMANUEL LESLY MIOT, et al.,

*Plaintiffs-Appellees*,

v.

DONALD J. TRUMP, PRESIDENT OF THE UNITED STATES OF AMERICA, et al.,

*Defendants-Appellants*.

————————————

On Appeal from the United States District Court for the District of Columbia,
No. 1:25-cv-02471 (Reyes, J.)

————————————

## MOTION TO WITHDRAW AS COUNSEL

Cleland B. Welton II hereby respectfully moves to withdraw as counsel for amici curiae the Commonwealth of Massachusetts et al., due to departure from government service. Amici will continue to be represented by Barbrara D. Underwood and Judith N. Vale of the Office of the New York State Attorney General.

Dated:        May 8, 2026

Respectfully submitted,

/s/*Cleland B. Welton II*
Cleland B. Welton II
28 Liberty Street
New York, NY 10005
(212) 416-6197
cleland.welton@ag.ny.gov

**CERTIFICATE OF SERVICE**

I certify that on May 8, 2026, the foregoing was electronically filed with the Clerk of the Court using CM/ECF system. I further certify that all participants in this case are registered CM/ECF users and that service will be accomplished using the CM/ECF system.

By: /s/*Cleland B. Welton II*
Cleland B. Welton II

**CERTIFICATE OF COMPLIANCE**

I certify that this motion complies with the typeface requirements of Rule 32(a)(5) and the typestyle requirements of Rule 32(a)(6) because this motion was prepared in 14-point Times New Roman, a proportionally spaced typeface, using Microsoft Word. See Fed. R. App. P. 27(d)(1)(E), 32(g)(1). This motion complies with the type-volume limitation of Rule 27(d)(2) because it contains 55 words.

By: /s/*Cleland B. Welton II*
Cleland B. Welton II