# Supreme Court of the United States
## Office of the Clerk
## Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

June 25, 2026

Clerk
United States Court of Appeals for the District of Columbia Circuit
333  Constitution Avenue, NW
Washington, DC  20001

Re:  Donald J. Trump, President of the United States, et al.
v. Fritz Emmanuel Lesly Miot, et al.
No. 25-1084
(Your No. 26-5050)

Dear Clerk:

The opinion of this Court was announced today in the above stated case. A copy of the opinion is available on the Court's website at www.supremecourt.gov.

The judgment or mandate of this Court will not issue for at least thirty-two days pursuant to Rule 45.  Should a petition for rehearing be filed timely, the judgment or mandate will be further stayed pending this Court's action on the petition for rehearing.

Sincerely,

**Scott S. Harris**, Clerk

by