# Supreme Court of the United States
## Office of the Clerk
## Washington, DC  20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

June 29, 2026

Clerk
United States Court of Appeals for the District of
Columbia Circuit
333  Constitution Avenue, NW
Washington, DC  20001

   Re: Fritz Emmanuel Lesly Miot, et al.
     v. Donald J. Trump, President of the United States, et al.
     No. 25-1077
     (Your No. 26-5050)

Dear Clerk:

  The Court today entered the following order in the above-entitled case:

  The petition for a writ of certiorari before judgment is denied.

        Sincerely,

        **Scott S. Harris**, Clerk