# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 26-5050**  **September Term, 2025**

**1:25-cv-02471-ACR**

**Filed On:** July 22, 2026

Fritz Emmanuel Lesly Miot, et al.,

      Appellees

      v.

Donald J. Trump, President of the United
States of America, et al.,

      Appellants

**BEFORE:**    Walker, Pan, and Garcia, Circuit Judges

### O R D E R

Upon consideration of the renewed motion for stay, which includes a request for an administrative stay; the opposition thereto; the reply; and the Rule 28(j) letters, it is

**ORDERED** that the renewed motion for stay be denied. Appellants rely on the stringent requirements for a stay set forth in Nken v. Holder, 556 U.S. 418, 434 (2009). However, they have not shown that a stay of the district court's February 2, 2026 order pending the Supreme Court's return of the case to this court is warranted, particularly given that the case will be returned to this court on July 27, 2026. See id.; D.C. Circuit Handbook of Practice and Internal Procedures 33 (2025); S. Ct. Rule 45.3. It is

**FURTHER ORDERED**, on the court's own motion, that the request for an administrative stay be dismissed as moot.

### Per Curiam

      **FOR THE COURT:**
      Clifton B. Cislak, Clerk

BY:    /s/
      Selena R. Gancasz
      Deputy Clerk