# Supreme Court of the United States
## Office of the Clerk
## Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

July 27, 2026

Clerk
United States Court of Appeals
  for the District of Columbia Circuit
E. Barrett Prettyman U. S. Courthouse
333 Constitution Ave., NW, Room 5205
Washington, DC 20001-2866

> **Re:  Trump, President of U.S., et al.**
> **v. Fritz E. L. Miot, et al.**
> **No. 25-1084 (Your docket No. 26-5050)**

Dear Clerk:

Attached please find a certified copy of the judgment of this Court in the above-entitled case.

Sincerely,

SCOTT S. HARRIS, Clerk

By

M. Altner
Assistant Clerk – Judgments

Enc.
cc:      All counsel of record

# Supreme Court of the United States
## Office of the Clerk
## Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

July 27, 2026

Mr. D. John Sauer, Esq.
Solicitor General
United States Department of Justice
950 Pennsylvania Avenue, NW
Washington, D.C. 20530-0001

Dr. Andrew Tauber, Esq.
Bryan Cave Leighton Paisner LLP
1155 F St., N.W.
Suite 700
Washington, D.C. 20008

      **Re:  Trump, President of U.S., et al.
          v. Fritz E. L. Miot, et al.
          No. 25-1084**

Dear Counsel:

Attached please find a certified copy of the judgment of this Court in the above-entitled case.

The petitioners are given recovery of costs in this Court as follows:

| | |
|---|---|
| **Printing Costs (half costs):** | **$8,435.66** |
| **Total:** | **$8,435.66** |

This amount may be recovered from the respondents.

Sincerely,

SCOTT S. HARRIS, Clerk

By

M. Altner
Assistant Clerk – Judgments

cc:  Clerk, D.C. Cir.
      (Your docket No. 26-5050)

# Supreme Court of the United States

### No.  25–1084

### DONALD J. TRUMP,
### PRESIDENT OF THE UNITED STATES, ET AL.,

Petitioners,

*v.*

### FRITZ EMMANUEL LESLY MIOT, ET AL.

**ON WRIT OF CERTIORARI BEFORE JUDGMENT** to the United States Court of Appeals for the District of Columbia Circuit.

**THIS CAUSE** came on to be heard on the transcript of the record from the above court and was argued by counsel.

**ON CONSIDERATION WHEREOF**, it is ordered and adjudged by this Court that the judgment of the United States District Court for the District of Columbia is reversed, and the case is remanded to the United States Court of Appeals for the District of Columbia Circuit for further proceedings consistent with the opinion of this Court.

**IT IS FURTHER ORDERED** that the petitioners, Donald J. Trump, President of the United States, et al., recover from Fritz Emmanuel Lesly Miot, et al., Eight Thousand Four Hundred Thirty-Five Dollars and Sixty-Six Cents for costs herein expended.

June 25, 2026

**Printing Costs (half costs):**    **$8,435.66**
**Total:**                          $8,435.66

A True copy SCOTT S. HARRIS

Clerk of the Supreme Court of the United States