# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 26-5050**

**September Term, 2025**

**1:25-cv-02471-ACR**

**Filed On: August 4, 2026**

Fritz Emmanuel Lesly Miot, et al.,

      Appellees

    v.

Donald J. Trump, President of the United
States of America, et al.,

      Appellants

**BEFORE:**    Walker, Pan, and Garcia, Circuit Judges

## O R D E R

Upon consideration of the motion to remand and the Supreme Court's decision in Trump v. Miot (consolidated with Mullin v. Doe), 609 U.S. __, 146 S. Ct. 2121 (2026), it is

**ORDERED** that the motion be granted and that this case be remanded to the district court for further proceedings consistent with the Supreme Court's decision.

The Clerk is directed to issue the mandate forthwith.

**Per Curiam**

                **FOR THE COURT:**
                Clifton B. Cislak, Clerk

        BY:    /s/
                Laura M. Morgan
                Deputy Clerk