# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 26-5050**

**September Term, 2025**

**1:25-cv-02471-ACR**

**Filed On: August 4, 2026** [2186530]

Fritz Emmanuel Lesly Miot, et al.,

      Appellees

    v.

Donald J. Trump, President of the United
States of America, et al.,

      Appellants

### M A N D A T E

In accordance with the order of August 4, 2026, and pursuant to Federal Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.

                     **FOR THE COURT:**
                     Clifton B. Cislak, Clerk

BY:    /s/
        Laura M. Morgan
        Deputy Clerk

Link to the order filed August 4, 2026